UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| CHELSEA LINTON, | ) | Civ. No. 09-5099 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **MOTION TO CONSOLIDATE** |
| ANGIE'S INC., | ) | |
| BELLE STARR SALOON & | ) | |
| CASINO, INC., and JASON | ) | |
| ORELUP, | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW Plaintiff, Chelsea Linton, by and through Sara Frankenstein of Gunderson, Palmer, Nelson and Ashmore, LLP, her attorneys, and respectfully submits this Motion to Consolidate pursuant to Fed. R. Civ. P. 42(a)(2). Linton requests this action be consolidated with the following action: <u>Misty Heil v. Belle Starr Saloon & Casino, Inc., Angie's Inc. and Sherwood Investment and Trust Company</u>; United States District Court, District of South Dakota, Western Division, Case No. 09-5074.

Common questions of law and fact are pending in both matters and consolidation would be conducive to expedition and judicial economy. Misty Heil does not oppose consolidation and agrees consolidation is warranted. This motion is supported by the pleadings in both the above-captioned action and in <u>Heil</u> and by Memorandum in Support of Motion to Consolidate filed contemporaneously herewith.

Dated this 24th day of April, 2012.

          GUNDERSON, PALMER, NELSON & ASHMORE

By: /s/Sara Frankenstein
    Sara Frankenstein
    P.O. Box 8045
    Rapid City, SD 57709
    (605) 342-1078
    sfrankenstein@gpnalaw.com
    Attorneys for Plaintiff
    Chelsea Linton

## **CERTIFICATE OF SERVICE**

I hereby certify on April 24, 2012, a true and correct copy of Motion to Consolidate was served in the manner set forth below

    X    U.S. Mail
         Hand Delivery
         Facsimile
    X    CM/ECF efiling system

upon the following individuals:

Michael V. Wheeler
Demersseman, Jensen, Christianson, Stanton & Huffman, LLP
P.O. Box 1820
Rapid City, SD 57709-1820
Email: mvw@demjen.com
*Attorney for Angie's Inc. and Belle Starr Saloon & Casino, Inc.*

Jason Orelup
23600 Bradsky Road
Rapid City, SD 57703-8448

          GUNDERSON, PALMER, NELSON & ASHMORE, LLP

          /s/ Sara Frankenstein
          Sara Frankenstein