UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| CHELSEA LINTON, | ) | CIV. 09-5099-JLV |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER OF REFERRAL |
| vs. | ) | |
| | ) | |
| ANGIE'S INC., | ) | |
| BELLE STARR SALOON & | ) | |
| CASINO, INC., and | ) | |
| JASON ORELUP, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED that plaintiff's motion to consolidate cases (Docket 63) is referred to Magistrate Judge Veronica L. Duffy for resolution pursuant to 28 U.S.C. § 636.

Dated May 17, 2012.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE