

FILED
JUL 19 2016
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Chelsea Linton<br><br>Plaintiff,<br><br>vs.<br><br>Angie's Inc. et al<br><br>Defendant. | CIV. 09-5099<br><br>ORDER FOR DISPOSITION<br>OF EXHIBITS |

Upon good cause appearing, it is hereby

ORDERED that the clerk shall return to counsel [61] Exhibit H – Audio File of Cease Police Interview in the above captioned case.

IT IS FURTHER ORDERED that counsel shall contact the clerk's office to make arrangements to either collect exhibits or instruct the clerk's office to destroy them. If you do not respond within thirty (30) calendar days from the date of this Order, your exhibits will automatically be destroyed.

Dated this _____ day of _____, 2016

BY THE COURT:

_____
Jeffrey L. Viken
Chief Judge